# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

CHRISTINE A. MONTENEGRO
DIRECT DIAL: (212) 506-1715
DIRECT FAX: (212) 835-5015
CMONTENEGRO@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

October 26, 2026

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/27/2026

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

Re: ***Russo v. Marc Fisher LLC*, No. 1:26-cv-08841**

Dear Judge Engelmayer:

We represent Defendant Marc Fisher LLC ("Defendant") in the above-referenced action. In accordance with Your Honor's Individual Practice Rule 1.E, we write, with Plaintiff's consent, to respectfully request that the Court extend the time for Defendant to respond to the Complaint in this action to December 6, 2026. Defendant's counsel requires additional time to respond to the Complaint. The Complaint was served on October 16, 2026, making Defendant's original response deadline November 6, 2026. This is Defendant's first request for an extension. An initial case management conference is scheduled for January 4, 2027, but this extension request will not interfere with that date.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Christine A. Montenegro*

Christine A. Montenegro

cc: All counsel of record

The parties are reminded that the undersigned has been referred for General Pretrial Supervision and, hence, all requests concerning scheduling should be addressed to the undersigned.

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

10/27/2026